Submitted on record and briefs February 24, reversed and remanded for reconsideration July 22, 1992

In the Matter of the Compensation of
James L. Eggleston, Claimant.
WARRENTON DEEP SEA
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

James L. EGGLESTON,
*Respondent.*

(WCB 90-15991; CA A71913)

836 P2d 141

M. Kathryn Olney, Senior Trial Counsel, and Alexander D. Libmann, Trial Counsel, Liberty Northwest Ins. Corp., Portland, filed the brief for petitioners.

Nelson R. Hall and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).